HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY MATSON,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>                    Defendant. | CASE NO. C10-1528RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

On August 7, 2012, defendant United Parcel Service, Inc. filed a motion for leave to file a 24-page motion for judgment as a matter of law, or in the alternative for a partial new trial. Dkt. # 135. The court GRANTS defendant's request in part, and will allow defendant to file an 18-page motion. Plaintiff's response shall not exceed 18 pages, and any reply shall not exceed 9 pages. The court advises the parties that all briefing must contain pin-point citations to the trial transcript. *See* Local Rules W.D. Wash. CR 10(e)(6)-(10). Relevant portions of the trial transcript provided to the court must be highlighted or otherwise clearly marked. *Id.* If the briefing and supporting evidence exceeds fifty pages, the parties must provide a courtesy copy to the court that includes exhibit tabs, to the extent there are multiple exhibits. *Id.*

1 | Dated this 9th day of August, 2012.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk