HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY MATSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>    Defendant. | CASE NO. C10-1528 RAJ<br><br>ORDER |

This matter comes before the court *sua sponte*. On February 14, 2013, the court entered a minute order setting trial and related dates, including deadlines for motions *in limine*, pretrial order, trial briefs, proposed jury instructions, proposed voir dire, agreed neutral statement of the case, deposition designations, and trial exhibits. Dkt. # 160. The court advises the parties that its prior orders on motions *in limine* will apply equally to the new trial, except with respect to the preemption issue on the extra-work assignments. Dkt. # 93. Since the court has found that only Ms. Matson's hostile work environment claim based on non-extra-work assignments will be re-tried, neither party will be permitted to introduce evidence based on "extra-work" assignments. Additionally, the court advises the parties that it will use the jury instructions and verdict forms for hostile

ORDER- 1

1 | work environment as previously decided.  The parties need not submit motions *in limine*,
2 | pretrial orders, trial briefs, proposed jury instructions, proposed voir dire, or agreed
3 | neutral statement of the case, unless the parties have new or additional information not
4 | previously raised.  The court emphasizes that all prior rulings (except for preemption)
5 | will apply to the new trial.  The parties must still submit deposition designations and trial
6 | exhibits.

Dated this 14th day of May, 2013.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 2