# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY MATSON,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  C10-1528RAJ |

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

     For the reasons set forth in the Court's order of November 3, 2017, the original jury verdict of July 19, 2012 is reinstated and Judgment is entered in favor of Plaintiff Mary Matson against Defendant United Parcel Service, Inc., in the amount of $500,000.00.

     DATED this 29th day of January, 2018.


                                         WILLIAM M. McCOOL,
                                         Clerk of the Court

                                         By:  */s/ Victoria Ericksen*
                                                    Deputy Clerk